**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Kevin Meredith

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KEVIN LEMIEUX; AND, ERIK KNUTSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**EVANS TIRE & SERVICE CENTERS, INC.; AND, DEMANDFORCE, INC.,**<br><br>Defendants. | **Case No.:** 13-cv-430 MMA (JMA)<br><br>**NOTICE OF SETTLEMENT** |

///
///
///

---

**NOTICE OF SETTLEMENT**                                    PAGE 1 OF 2

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiffs KEVIN LEMIEUX; and, ERIK KNUTSON ("Plaintiffs") and Defendants EVANS TIRE & SERVICE CENTERS, INC.; and, DEMANDFORCE, INC. ("Defendant") has been resolved.  The Parties anticipate filing a Joint Motion for Dismissal of Defendant with Prejudice within 60 days.  Plaintiff requests that all pending dates and filing requirements with regard to Defendant be vacated and that the Court set a deadline on or after June 15, 2014 for filing a Joint Dismissal.

Dated: April 15, 2014                                         Respectfully submitted,


                                                              KAZEROUNI LAW GROUP, APC


                                                              By: ____/s/ Matthew M. Loker___
                                                                        MATTHEW M. LOKER, ESQ.
                                                                        ATTORNEY FOR PLAINTIFF