# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX AND ERIK KNUTSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>EVANS TIRE & SERVICE CENTERS, INC. AND, DEMANDFORCE, INC.,<br><br>Defendants. | Case No.: 13-CV-430-MMA (JMA)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS PURSUANT TO FRCP 41(A)**<br><br>[DOC. NO. 39] |

Based upon the Parties' Joint Stipulation for Dismissal, the Court hereby **DISMISSES** this action with prejudice as to Plaintiffs Kevin Lemieux and Erik Knutson, and without prejudice as to the putative class members. Each party shall bear their own attorneys' fees and costs. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: 6/6/2014

HON. MICHAEL M. ANELLO
U.S. DISTRICT JUDGE

13cv430